# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,

County of Residence:

Plaintiff's Atty: Donald D. Schwartz
Ross B. Mantell
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

**Defendant(s):** JOHN E. COOK, Individually and d/b/a STOREFRONT SYSTEMS

County of Residence:

Defendant's Atty:

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principle Parties (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**07CV6252**
**JUDGE MAROVICH**
**MAG. JUDGE DENLOW**

IV. Origin: 1. Original Proceeding

V. Nature of Suit: 791 E.R.I.S.A

VI. Cause of Action: This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

VII. Requested in Complaint
Class Action: No
Dollar Demand:
Jury Demand: No

VIII. This case **Is NOT** a refilling of a previously dismissed case. (If yes case number _____ by Judge _____)

Signature:
Date: 11/5/07

FILED
NOV - 5 2007
NOV 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT