/A E

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney ~~~t ~ither be a member in good standing
of this Court's general bar or be granted leave to appea
Rules 83.12 through 83.14.

**07CV6252**

**JUDGE MAROVICH**

**MAG. JUDGE DENLOW**

_____

In the Matter of

GLAZIERS, ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,
                    Plaintiff,

    v.

JOHN E. COOK, Individually and d/b/a STOREFRONT SYSTEMS,
                    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) <br><br> ROSS B. MANTELL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> | **FILED** <br> NOV - 5 2007 <br> nov 5 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| FIRM <br><br> ARNOLD AND KADJAN | |
| STREET ADDRESS <br><br> 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP <br><br> CHICAGO, IL. 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 6275431 | TELEPHONE NUMBER <br><br> (312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES☐      NO☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES☐      NO☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES☐      NO☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES☐      NO☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |