## United States District Court for the Northern District of Illinois

Case Number: 07cv6252      Assigned/Issued By: j. n.

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☒ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☒ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons     _____
                                         (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_2_ Original and _2_ copies on _4-10-08_ as to _JOHN E. COOK ( ONE_
                             (Date)
_WITH C/O STOREFRONT SYSTEMS AND THE OTHER JUST INDIVIDUAL)_
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05