IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 07 C 6252 |
| Plaintiffs, | ) ) | Judge Marovich |
| v. | ) ) | Magistrate Judge Denlow |
| JOHN E. COOK, Individually and d/b/a STOREFRONT SYSTEMS, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

NOW COMES the Plaintiffs, Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27, Welfare and Pension Funds by its attorneys, Arnold and Kadjan, hereby submit the following Initial Status Report.

1. The complaint in the instant matter arises under 29 U.S.C. § 185(a) and 29 U.S.C. § 1132. Thus, federal question jurisdiction exists pursuant to 28 U.S.C. § 1331.

2. The Summons has not been served on the Defendants, and the initial time period for such service has run. Accordingly, this status report only has input from the Plaintiffs.

3. The one-count complaint alleges that defendant Storefront Systems ("Storefront") is in breach of its contract with Plaintiffs, Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds. Specifically, the complaint alleges that Storefront has breached the contract by failing and refusing to permit an audit of its books and records as it is required to do pursuant to the terms of the contract and the guidelines set forth under ERISA and to pay all unpaid fringe benefit contributions and any penalty sums due and owing under that audit.

-2-

4.	Plaintiffs seek an audit of the books and records of Storefront Systems and damages in the form of payment of unpaid fringe benefit contributions and any penalty sums due and owing in connection therewith.  The amount of damages cannot be estimated until such time as Storefront Systems consents to an audit of its books and records by Plaintiffs' accounting firm.

5.	There are no pending motions or any matters set for briefing, however, Plaintiffs will file a motion for Extension of Time to Effectuate Service of Summons.

6.	The parties have not yet scheduled any depositions or discovery.

7.	The parties do not yet consent to trial before a Magistrate Judge.

8.	The Court has not yet established any deadlines or dates for discovery, the submission of a pretrial order or trial.

9.	To date, the parties have not engaged in any settlement discussions.

    Respectfully submitted,

    Glaziers, Architectural Metal and Glass
    Workers  Local Union No. 27
    Welfare and Pension Funds


    By: s/Shane Luedke_____
    One of Plaintiffs' attorneys

Donald Schwartz
Shane Luedke
Arnold & Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415


Dated:  May 2, 2008