IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN E. COOK, Individually and d/b/a STOREFRONT SYSTEMS, <br><br> Defendant. | No. 07 cv 6252 <br><br> Judge Marovich <br><br> Magistrate Judge Denlow |

**MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT**

Plaintiffs, by one of their attorneys, Shane Luedke and Arnold and Kadjan, respectfully request this Honorable Court to enter an Order extending the time in which to serve the Defendant, John E. Cook, individually and d/b/a Storefront Systems pursuant to Fed. R. Civ. P. 4(m), which allows a court to extend time for service of a summons and complaint for good cause.

In support thereof, Plaintiffs state:

1. This case was filed on November 5, 2008.

2. Despite diligent attempts to serve the Defendant with the summons and complaint by our process servers, Defendant has not been served with a Summons and Complaint by special process server.

3. Despite enlisting the help of known relatives of the Defendant, Defendant has not been served with a Summons and Complaint by special process server.

WHEREFORE, Plaintiffs move this Court to enter an order extending the time to serve

Defendant.

                                                **TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

                                                <u>s/ Shane Luedke</u>
                                                One of their Attorneys

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd, Suite 300
Chicago, IL 60604
(312) 236-0415