IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN E. COOK, Individually and d/b/a STOREFRONT SYSTEMS,<br><br>        Defendant. | No. 07 cv 6252<br><br>Judge Marovich<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:    John E. Cook, Individually      John E. Cook d/b/a
           4623 N Kenilworth Dr, #307    Storefront Systems
           Routing Meadows, IL 60008    4623 N Kenilworth Dr, #307
                                                       Routing Meadows, IL 60008

**PLEASE TAKE NOTICE** that on **May 13, 2008**, at **10:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Marovich, Room 1944-C** in the Courtroom usually occupied by his in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion To Extend Time To Serve Summons and Complaint.

                                                           TRUSTEES OF THE GLAZIERS,
                                                           **ARCHITECTURAL METAL AND**
                                                           **GLASS WORKERS LOCAL UNION**
                                                           **NO. 27 WELFARE AND**
                                                           **PENSION FUNDS**

                                                           s/ Shane Luedke
                                                           One of their Attorneys

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that on the 5th day of May 2008, a copy of the foregoing Motion To Extend Time To Serve Summons and Complaint was filed electronically. Parties may access this filing through the Court's system. A copy was sent by U.S. mail and certified mail to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 5th day of May 2008, at or before the hour of 5:00 p.m.

Counsel for Plaintiff

**SUBSCRIBED AND SWORN**
to before me this 5th day of
May, 2008.

Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11