# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Glaziers Architectural Metal and Glass
Workers Local Union No. 27 Welfare and Pension
Funds

                    Plaintiff,

v.
                                         Case No.:
                                         1:07−cv−06252
                                         Honorable George
                                         M. Marovich

John E Cook

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable George M. Marovich:Status hearing held.
Motion hearing set for 5/13/2008 is stricken. Plaintiff's motion to extend time to serve
summons and complaint [11] is granted to 7/7/2008. Status hearing set for 7/8/2008 at
11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.