# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6252 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Trustees of the Glaziers Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds v. John E. Cook | | |

**DOCKET ENTRY TEXT**

Status hearing held. This case is dismissed with leave to reinstate by 10/14/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|